DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE PACIFIC FINANCIAL GROUP, INC.,**
Appellant,

v.

**CARLOS ENRIQUE RODRIGUEZ, IFP ADVISORS, LLC, SERVE & PROTECT FINANCIAL, INC., BRIAN KEITH McGINNIS,** and **JACOB GUEVARA,**
Appellees.

No. 4D2025-1125

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062022CA006315AXXXCE.

Perry Ross Goodman and Brooke O. Turetzky of Mound Cotton Wollan & Greengrass LLP, Fort Lauderdale, for appellant.

Barry R. Temkin of Mound Cotton Wollan & Greengrass LLP, New York, New York, Pro Hac Vice for The Pacific Financial Group, Inc.

Duane Allan Daiker, Scott Anthony La Porta, and Jeremy Halpern of Shumaker, Loop & Kendrick, LLP, Sarasota, for appellees Carlos Enrique Rodriguez and IFP Advisors, LLC.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***